United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Ayotunde Elijah Bright, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-26-5051 |
| | § | |
| Martin Frink, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

On August 10, 2026, Petitioner, Ayotunde Elijah Bright, filed a Motion to Withdraw Petition for Writ of Habeas Corpus (docket no. 7) stipulating to the voluntary dismissal of this action against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is **ORDERED** that Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus (docket no. 7) is **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 11th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE